JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ATHANS, | Case No. CV 05-2676-RGK (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| P. L. VASQUEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Petition is denied and this action is dismissed with prejudice.

DATED: JUL 29 2010

HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge